

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2019

No. 04-19-00288-CV

**DCP SAND HILLS PIPELINE, LLC,**
Appellant

v.

**SAN MIGUEL ELECTRIC COOPERATIVE, INC.,**
Appellee

From the 36th Judicial District Court, McMullen County, Texas
Trial Court No. M-16-0033-CV-A
Honorable Starr Boldrick Bauer, Judge Presiding

# O R D E R

The parties have jointly filed a motion seeking access to a portion of the record that is sealed. The motion is GRANTED, and the attorneys are directed to contact the Clerk of this court to make arrangements to review the sealed record. All parties and their attorneys are ORDERED: (1) to fully comply with the instructions provided by the Clerk of this court regarding their access to the sealed record; and (2) not to share the contents of the sealed record with any person except to the extent necessary to prepare their respective briefs.

In the event appellant or appellee reference the sealed record in their respective briefs, they are ORDERED: to (1) file their respective briefs in paper form only, (2) with a cover letter informing the Clerk of this court that the brief references the sealed record. *See* TEX. R. APP. P. 9.2(c)(3) (exception to electronic filing for documents under seal).

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court